**Lee T. BARNES, Sr., Petitioner–Appellant,**

v.

**Jon P. GALLEY; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 01–6281.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided Aug. 1, 2001.

Lee T. Barnes, Sr., pro se.

John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Baltimore, MD, for appellees.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Lee T. Barnes, Sr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Barnes v. Galley,* No. CA–00–939–MJG (D.Md. Feb. 6, 2001). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*